**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**　　　　　　　　　　　　　　　　　　　　　　　**6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**　　　　　　　　　　　　　　**GREENBELT, MARYLAND 20770**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**301-344-0632**

**MEMORANDUM**

TO:　　　Clerk of Court

FROM:　Judge Peter J. Messitte

RE:　　　*Gang v. Oliver, et al.*, No. 23-cv-3501

DATE:　October 3, 2024

* * *

Service of the above-entitled complaint appears to have been ineffectual. Because Plaintiff Allen Gang is proceeding pro se and was unable to effectuate service on his own, the Court will direct the Clerk to make another attempt at service as set forth below.

1. The Clerk **SHALL** prepare and issue summons and **SHALL** complete U.S. Marshal Service of Process Forms, one for each Defendant, noting the following addresses for each:

    Anthony G. Brown
    Attorney General, State of Maryland
    Office of the Attorney General
    200 Saint Paul Place
    Baltimore, MD 21202

    Glendora Hughes
    General Counsel
    Maryland Commission on Civil Rights
    6 Saint Paul Street, 9th Floor
    Baltimore, MD 21202

2. The Clerk **SHALL** prepare a Waiver of Service Form for each Defendant;

3. The Clerk **SHALL** provide to the United States Marshal one copy of the summons; the Corrected Amended Complaint and its Supplement, ECF Nos. 10, 11; the completed Service of Process Forms; the completed Waiver of Service Forms; and this Order, for each Defendant;

4. The U.S. Marshal is **DIRECTED** to effectuate personal service of process on each Defendant by certified mail, return receipt, together with Waiver of Service forms, at the address provided;

5. Upon completion of service, the U.S. Marshal **SHALL** promptly file completed returns of service for each Defendant with the Clerk; and

6. The Clerk **SHALL** provide a copy of this Order to Plaintiff.

Despite the informal nature of this letter, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

Cc:  Pro se litigant Allen Gang
     Court file